■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN MARTINEZ, Appellant. [824 NYS2d 711]—Judgment, Supreme Court, New York County (Michael R. Ambrecht, J.), rendered January 6, 2005, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's arguments for a reduced penalty under the Drug

Law Reform Act (L 2004, ch 738) are without merit (*People v Utsey*, 7 NY3d 398 [2006]). Concur—Andrias, J.P., Saxe, Marlow, Nardelli and Williams, JJ.